**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| In Re Integral Systems, Inc.<br>Securities Litigation | Civil Action No. 8:08-cv-03387 (RWT) |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Integral Systems Inc.,

Alan Baldwin, John Higginbotham, William Bambarger, and Hemi Lee-Gallagher hereby move

for dismissal of Plaintiffs' Amended Class Action Complaint for Violation of the Federal

Securities Laws, filed September 21, 2009, with prejudice, for failure to state a claim upon which

relief may be granted.  The grounds for this motion are more fully set forth in the supporting

Memorandum and supporting Appendix of Exhibits filed herewith.

DATED this 26th day of October, 2009.

Respectfully submitted,

  /s/ John C. Millian
John C. Millian (Bar No. 06459)
Michael D. Billok (Bar No. 16952)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500 (main phone)
(202) 530-9566 (Millian direct fax)
(202) 530-9534 (Billok direct fax)
jmillian@gibsondunn.com
mbillok@gibsondunn.com

*Attorneys for Defendants*

*Of Counsel for Defendants:*

Daniel A. Cantu
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500  (main)
(202) 530-9661  (Cantu direct fax)
dcantu@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2009, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew N. Friedman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067

Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA  19020

*Counsel for Plaintiffs*

    /s/ Michael D. Billok
Michael D. Billok (Bar No. 16952)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500 (main phone)
(202) 530-9534 (Billok direct fax)
mbillok@gibsondunn.com