## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

IN RE INTEGRAL SYSTEMS, INC.

SECURITIES LITIGATION

Case No. 08-cv-3387-RWT

### WITHDRAWAL OF PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs hereby withdraw the Notice of Appeal filed on March 26, 2010.  Plaintiffs will not seek appellate review of the Judgment referred to in the March 26, 2010 Notice of Appeal.

Dated:  March 29, 2010

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ ANDREW N. FRIEDMAN
ANDREW N. FRIEDMAN (Bar No. 14421)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
afriedman@cohenmilstein.com
Telephone:     (202) 408-4600
Facsimile:      (202) 408-4699

**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY (*pro hac vice*)
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160

***Co-Lead Counsel for the Putative Class***

**LAW OFFICES OF HOWARD G. SMITH**
HOWARD G. SMITH
3070 Bristol Pike
Suite 112
Bensalem, PA 19020
Telephone:     (215) 638-4847
Facsimile:     (215) 638-4867
***Attorney for Plaintiff***